CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Aaron Thomas Thompson**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-05311MJ** |
| Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8) ||

On or about July 22, 2025, at or near Tucson, in the District of Arizona, **Aaron Thomas Thompson**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is: one (1) .22 caliber Barretta Bobcat; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On July 22, 2025, United States Marshal Service (USMS) TFO Guardi uncovered information that Pima County Adult Probation fugitive **Aaron Thomas THOMPSON** was residing at a trailer in the 1000 block of W. Prospect Ave., Tucson AZ. Surveillance by USMS deputies was conducted for several hours when at approximately 10:45 a.m., TFO Guardi positively identified **THOMPSON** exiting the north side of the trailer to do work around the property for several hours. The decision was made to initiate contact with **THOMPSON** at the trailer; however, at approximately 3:30 p.m., **THOMPSON** came out of the residence and began walking northbound towards Wetmore Rd.

USMS deputies observed **THOMPSON** get on a bus and proceed westbound on Wetmore Rd. **THOMPSON** got off the bus shortly after at the intersection of Wetmore Rd and La Cholla Blvd. **THOMPSON** continued walking westbound on the north side of Wetmore Rd. A supervisory USMS deputy relayed over the police radio that he observed **THOMPSON** holding his waistband area in a suspicious manner as if concealing a firearm. The decision was made to contact **THOMPSON** on the street at which point various USMS deputies converged on **THOMPSON**. **THOMPSON** immediately fled on foot northbound towards 2282 W. Ruthrauff Rd., Tucson AZ. **THOMPSON** appeared to have lost his footing and slipped on the ground as he was running away. As he was attempting to get back on his feet, USMS deputies detained **THOMPSON** on the ground. USMS TFO Guardi arrived to assist the deputies and ultimately placed **THOMPSON** in handcuffs. For officer safety reasons, **THOMPSON** was asked if he had any weapons on his person to which he replied that he had a pistol in his underwear. DUSM Paguaga located a .22 caliber Barretta Bobcat bearing serial Number 84772CC in **THOMPSON's** underwear. DUSM Paguaga also located a black in color rock-like substance in a clear tube with a green cap in **THOMPSON's** right pocket of his jeans. Once the scene was secured and DUSM Paguaga placed the evidence into an evidence bag, USMS deputies transported and booked **THOMPSON** into the Pima County Jail without incident. On the way to the jail **THOMPSON** made a spontaneous utterance stating: "I was only going to sell the gun for drugs, I'm not a bad person."

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/signature/* |
|---|---|
| AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.07.24 10:42:02 -07'00' | OFFICIAL TITLE<br>Deputy U.S. Marshal David Paguaga |
| **Sworn by telephone  x** ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>July 24, 2025 |

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

25-05311MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

A records check revealed that in 2020, **Aaron Thomas THOMPSON** was convicted of Attempted Burglary in the First Degree, a felony punishable by a term of imprisonment exceeding one year, in the Pima County Superior Court, Tucson, Arizona, case number CR-20201215. He received a five (5) year term of imprisonment. **THOMPSON** has not had his rights restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination on the .22 caliber Barretta Bobcat found on **Aaron Thomas THOMPSON's** person and determined that it was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.